

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX
Devon, PA

**International Alliances**

Beijing
Bogota
Buenos Aires
Guatemala City
Lima
London
Managua
Mexico City
Montevideo
Panama City
San Jose
Santiago
Sao Paulo

*Kevin J. O'Connor*
*Partner*

**VIA ECF**

October 7, 2019

Magistrate Judge Robert W. Lehrburger
U.S. District Court – Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 18D
New York, New York 10007-1312

Re: **Esthefany Heredia, et al. v. Americare, Inc., et al.**
**Civil Case No.: 17-cv-6219**
**Our File No.: 4903/378000**

Dear Magistrate Judge Lehrburger:

This firm represents defendants, Americare, Inc. ("Americare") and Martin Kleinman (collectively, "Defendants") in the above-captioned certified collective action commenced by Esthefany Heredia, Eslaini Fernandez and Estela Taveras on behalf of themselves and all other persons similarly situated (collectively, "Plaintiffs"). In accordance with Your Honor's Order, the Parties are writing jointly to update Your Honor on the status of the settlement.

The Parties have an agreed-upon settlement agreement with respect to the Collective Action claims and are awaiting signatures from all Parties before submitting their motion for Your Honor's approval of the settlement. Due to the Jewish Holidays this week and last, Defendant has been unavailable to sign the finalized agreement. However, we expect to have the fully executed agreement and motion filed shortly. If Your Honor would prefer an earlier submission of the motion, the Parties request that Your Honor allow the Parties to submit an unexecuted version of the agreement along with their motion to approve the settlement.

Respectfully submitted,

*/s/ Kevin J. O'Connor*

KEVIN J. O'CONNOR

cc: All Counsel of Record via ECF

