UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
ESTHEFANY HEREDIA, ELSAINI
FERNANDEZ, and ESTELA TAVERAS, : 17cv6219
*individually and on behalf of all other persons similarly situated,* : ORDER

                Plaintiffs,

                -against-

AMERICARE, INC., *et al.*,

                Defendants.
--------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to appear for a status teleconference on October 11, 2019 at 10:00 a.m. Counsel for plaintiffs is directed to circulate dial-in information via ECF before the call.

Dated: October 8, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.