UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHEFANY HEREDIA, ESLAINI FERNANDEZ, and ESTELA TAVERAS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICARE, INC., MARTIN KLEINMAN and JOHN DOES #1-10,<br><br>Defendants. | Civil Action No.: 17-cv-06219<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT |

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Kevin J. O'Connor, Esq., dated January 17, 2020, and the exhibits annexed thereto; Statement of Material Facts in Support; and upon the accompanying Memorandum of Law; and upon all the pleadings and proceedings heretofore had herein, Defendants, Americare, Inc. and Martin Kleinman (collectively, "Defendants"), by and through their undersigned counsel, will move at the United States Courthouse, Daniel Patrick Moynihan Building, 500 Pearl Street, Room 1920, New York, NY 10007 before the Honorable Robert W. Lehrberger, U.S.M.J., in accordance with the Scheduling Order of the Court, for summary judgment dismissing the Complaint filed by Plaintiffs, Esthefany Heredia, Eslaini Fernandez and Estela Taveras (collectively, "Plaintiffs") with respect to their remaining causes of action.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1

Dated:  January 17, 2020                    **PECKAR & ABRAMSON, P.C.**

                              By:    */s/ Kevin J. O'Connor*
                                       KEVIN J. O'CONNOR
                                       1325 Avenue of the Americas, 10th Floor
                                       New York, New York 10019
                                       (212) 382-0909
                                       *Attorneys for Defendants*

To:    William C. Rand, Esq.
        Law Office of William Coudert Rand
        501 Fifth Ave., 15th Floor
        New York, New York 10017
        (212) 286-1425
        *Attorneys for Plaintiffs*

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2

## DECLARATION OF SERVICE

I declare that, on this date, a copy of this Notice of Motion for Summary Judgment, Memorandum of Law in Support, Statement of Material Facts, and Declaration of Kevin J. O'Connor, Esq., with exhibits, was electronically served pursuant to Local Civil Rule 5.2 upon counsel for Plaintiff as follows:

>William C. Rand, Esq.
>Law Office of William Coudert Rand
>501 Fifth Ave., 15th Floor
>New York, New York 10017
>(212) 286-1425
>*Attorneys for Plaintiffs*

Dated: January 17, 2020

>>>>>>>>>>*/s/ Kevin J. O'Connor*
>>>>>>>>By:   KEVIN J. O'CONNOR

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

3