# EXHIBIT C


HEE
019763



March 1, 2014

Employee Name: Esthefany Heredia
Employee Address: 2430 Creston Ave Apt 105
City, State, Zip Code: Bronx, NY 10468

### Notice and Acknowledgement of Pay Rate and Payday for hourly employee

Уведомление о тарифной ставке и дне выдачи заработной платы для работников с почасовой оплатой

*Aviso y entendimiento de Tasa de Pago y Día de Cobro*

薪資及發薪日通知

1. Employee's rate of pay per hour/Зарплата работника / *Tasa de pago del empleado por hora*/員工的薪資標準每小時: $10

2. Allowances taken/Дополнительные начисления/ *Créditos tomados*/所取津貼:
   Нет/ None/ *ninguno*/無

3. Regular Payday/ День выдачи зарплаты/ *Día de Cobro Regular*/正常發薪日:
   Пятница / Friday/ *Viernes*/星期五

4. Pay is/Оплата производится / *El pago es*/發薪頻率: Weekly/ Еженедельно/ *Semanal*/每週

5. Overtime Pay Rate/Сверхурочный тариф/ *Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*/加班費標準:
   $12.00

---

### Employee Acknowledgment/Подтверждение о получении уведомления *Entendimiento del empleado*/員工認知

On this day I have been notified of my pay rate, overtime rate, allowances, and designated payday on the date given below
Сегодня я получил(а) уведомление о моей зарплате сверхурочных и дне выдачи зарплаты
En este día yo he sido notificado de mi tasa de la pago, entras creditos horas, y día pago designado en la fecha dada abajo
在今天我被通知給了我的報酬, 超時的比率, 所取津貼, 在下列所提供的日期指定發薪日

Check One/Verifique Uno/檢查一個/Отметь один

☐ I have been given this pay notice in English ☐ Spanish ☐ Chinese ☐ Russian ☐ because one of these is my primary language/He sido dado esta nota
pago en español porque es mi idioma primario/ Русский язык, является моим родным языком/ 我獲得了在中國人中的這份工資通知因
為它是我的主要語言

☒ My primary language is Spanish. I have been given this pay notice in English because the Department of labor does not yet offer
pay notice form in my primary language.

Esthefany H.                    09/12/14
Employee Signature/Firma de empleado/員工簽名     Date/Fecha/日期/Дата
Подпись работника

Michele Falotico, Corp. Director of Human Resources
Preparer's Name and Title
Americare Inc
55 Coleman St.
Brooklyn, NY 11234

---

Please keep one copy and return signed copy to Americare.*Mantenga por favor una copia y el regreso firmó copia a
Americare*請保存簽署的一份禍件和申報單複製到 Americare*Пожалуйста сохраните одну копию а подписанную отошлите в
Americare.

AMERICARE-000053

DEFENDANT'S EXHIBIT NO. 4
Heredia
EFT 8-9-18



019763
HES

January 10, 2014

Employee Name: Esthefany Heredia apt 105
Employee Address: 2430 Creston Ave. Bronx NY 10468
City, ST, Zip

## Notice and Acknowledgement of Pay Rate and Payday for hourly employee
### Уведомление о тарифной ставке и дне выдачи заработной платы для работников с почасовой оплатой
*Aviso y entendimiento de Tasa de Pago y Día de Cobro*
### 薪資及發薪日通知

1. Employee's rate of pay per hour/Зарплата работника / *Tasa de pago del empleado por hora*/員工的薪資標準每小時: $ 9.50
2. Allowances taken/Дополнительные начисления/ *Créditos tomados*/所取津貼:
   Her/ None/ *ninguno*/無
3. Regular Payday/ День выдачи зарплаты/ *Día de Cobro Regular*/正常發薪日:
   Пятница / Friday/ *Viernes*/星期五
4. Pay is/Оплата производится / *El pago es*/發薪頻率: Weekly/ Еженедельно/ Semanal/每週
5. Overtime Pay Rate/Сверхурочный тариф/ *Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*/ 加班費標準: $12.00

---

Employee Acknowledgment/Подтверждение о получении уведомления *Entendimiento del empleado*/員工認知

On this day I have been notified of my pay rate, overtime rate, allowances, and designated payday on the date given below
Сегодня я получил(а) уведомление о моей зарплате сверхурочных и дне выдачи зарплаты
*En este dia yo he sido notificado de mi tasa de la pago, entras creditos horas, y día pago designado en la fecha dada abajo*
今天我被通知給了我的報酬, 超時的比率, 所取津貼, 在下列所提供的日期指定發薪日

Check One/Verifique Uno/檢查一個/Отметь один
I have been given this pay notice in English☐  Spanish☒  Chinese☐  Russian☐  Because one of these is my primary language/He sido dado esta nota de pago en español porque es mi idioma primario/ Русский язык, является моим родним языком/ 我獲得了在中國人中的這份工資通知因為它是我的主要語

☐ My primary language is  Español    . I have been given this pay notice in English because the Department of labor does not yet offer a pay notice form in my primary language.

Esthefany H.                    3/19/14
Employee Signature/Firma de empleado/員工簽名   Date/Fecha/日期/Дата
Подпись работника

Michele Folotico, Corp. Director Human Resources
Preparer's Name & Title

Americare Inc
2255 Coleman St.
Brooklyn, NY 11234

*Please keep one copy and return signed copy to Americare.*Mantenga por favor una copia y el regreso firmó copia a Americare*請保存簽署的一份稿件和申報單複製到 Americare*Пожалуйста сохраните одну копию а подписанную отошлите в Americare.

AMERICARE-000054



March 1, 2013

Employee Name  Esthegeny Heredia

Employee Address  2430 Creston Ave Apt 105 Bronx NY 10468

City, State, Zip code

### Notice and Acknowledgement of Pay Rate and Payday for hourly employee
Уведомление о тарифной ставке и дне выдачи заработной платы для работников с почасовой оплатой
*Aviso y entendimiento de Tasa de Pago y Día de Cobro*
薪資及發薪日通知

1. Employee's rate of pay per hour/Зарплата работника / *Tasa de pago del empleado por hora*/員工的薪資標準每小時: $ 9.50

2. Allowances taken/Дополнительные начисления/ *Créditos tomados*/所取津貼:
   Нет/ None/ *ninguno*/無

3. Regular Payday/ День выдачи зарплаты/ *Día de Cobro Regular*/正常發薪日:
   Пятница / Friday/ *Viernes*/星期五

4. Pay is/Оплата производится / *El pago es*/發薪頻率: Weekly/ Еженедельно/ Semanal/每週

5. Overtime Pay Rate/Сверхурочный тариф/ *Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*/ 加班費標準: $10.88

---

Employee Acknowledgment/Подтверждение о получении уведомления *Entendimiento del empleado*/員工認知

On this day I have been notified of my pay rate, overtime rate, allowances, and designated payday on the date given below
Сегодня я получил(а) уведомление о моей зарплате сверхурочних и дне выдачи зарплаты
*En este dia yo he sido notificado de mi tasa de la pago, entras creditos horas, y dia pago designado en la fecha dada abajo*
在今天我被通知給了我的報酬，超時的比率，所取津貼，在下列所提供的日期指定發薪日

Check One/Verifique Uno/核查一個/Отметь один
I have been given this pay notice in English☐ Spanish☒ Chinese☐ Russian☐ Because one of these is my primary language/He sido dado esta nota de pago en español porque es mi idioma primario/ Русский язык, является моим родним языком/ 我獲得了在中國人中的這份工資通知因為它是我的主要語言

☐ My primary language is  Spanish . I have been given this pay notice in English because the Department of labor does not yet offer a pay notice form in my primary language.

Esthegeny Heredia                    9/6/13
Employee Signature/Firma de empleado/員工簽名    Date/Fecha/日期/Дата
Подпись работника

Michele Folotico,
Coorporate Human Resources Director

Americare Inc
2255 Coleman St.
Brooklyn, NY 11234

*Please keep one copy and return signed copy to Americare. *Mantenga por favor una firmó copia a Americare*請保存簽署的一份稿件和申報單複製到Americare*Пожалуйста сохраните

AMERICARE-000055



HEE 019763

Date: December 17, 2012

Employee Name — Esthefany Heredia
Employee Address — 2430 creston Que Apt 105 Bronx NY 10468
City, State, Zip

### Notice and Acknowledgement of Pay Rate and Payday for hourly employee
Уведомление о тарифной ставке и дне выдачи заработной платы для работников с почасовой оплатой
*Aviso y entendimiento de Tasa de Pago y Día de Cobro*
薪資及發薪日通知

1. Employee's rate of pay per hour/Зарплата работника / *Tasa de pago del empleado por hora*/員工的薪資標準每小時: $ 9

2. Allowances taken/Дополнительные начисления/ *Créditos tomados*/所取津貼:
   Нет/ None/ *ninguno*/無

3. Regular Payday/ День выдачи зарплаты/ *Día de Cobro Regular*/正常發薪日:
   Пятница / Friday/ *Viernes*/星期五

4. Pay is/Оплата производится / *El pago es*/發薪頻率: Weekly/ Еженедельно/ Semanal/每週

5. Overtime Pay Rate/Сверхурочный тариф/ *Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*/加班費標準: $10.88

---

Employee Acknowledgment/Подтверждение о получении уведомления *Entendimiento del empleado*/員工認知

On this day I have been notified of my pay rate, overtime rate, allowances, and designated payday on the date given below
Сегодня я получил(а) уведомление о моей зарплате сверхурочных и дне выдачи зарплаты
*En este dia yo he sido notificado de mi tasa de la pago, entras creditos horas, y dia pago designado en la fecha dada abajo*
在今天我被通知給了我的報酬, 超時的比率, 所取津貼, 在下列所提供的日期指定發薪日

**Check One/Verifique Uno/檢查一個/Отметь один**

☐ I have been given this pay notice in English ☒Spanish ☐Chinese ☐Russian ☐ because one of these is my primary language/He sido dado esta nota de pago en español porque es mi idioma primario/ Русский язык, является моим родним языком/ 我獲得了在中國人中的這份工資通知因為它是我的主要語言

☐ My primary language is ___Español___. I have been given this pay notice in English because the Department of labor does not yet offer a pay notice form in my primary language.

Esthefany Heredia                    3/6/2013
Employee Signature/Firma de empleado/員工簽名    Date/Fecha/日期/Дата
Подпись работника

Inna Prilutsky, Human Resources Manager
Preparer's Name and Title

Americare Inc
2255 Coleman St.
Brooklyn, NY 11234

*Please keep one copy and return signed copy to Americare.*Mantenga por favor una copia y el regreso firmó copia a Americare*請保存簽署的一份稿件和申報單複製到 Americare*Пожалуйста, ...
одну копию а подписанную отошлите а Americare

AMERICARE_000057


HEE
19763



**americare®**
a tradition of caring


ENTERED

Date: Feb. 24, 2012

ESTHEFANY HEREDIA
2239 CRESTON AVE APT. B1
BRONX NY 10453

### Notice and Acknowledgement of Pay Rate and Payday for hourly employee
*Aviso y entendimiento de Tasa de Pago y Día de Cobro*
薪資及發薪日通知

1. Employee's rate of pay per hour/ *Tasa de pago del empleado por hora*/員工的薪資標準每小時: $9.00

2. Allowances taken/ *Créditos tomados*/所取津貼: None/ *ninguno*/無

3. Regular Payday/ *Dia de Cobro Regular*/正常發薪日: Friday/ *Viernes*/星期五

4. Pay is/ *El pago es*/發薪頻率: Weekly/Semanal/每週

5. Overtime Pay Rate/ *Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*/ 加班費標準: $10.88

---

### Employee Acknowledgment/ *Entendimiento del empleado*/員工認知

On this day I have been notified of my pay rate, overtime rate, allowances, and designated payday on the date given below
*En este dia yo he sido notificado de mi tasa de la pago, entras creditos horas, y día pago designado en la fecha dada abajo*
在今天我被通知給了我的報酬，超時的比率，所取津貼，在下列所提供的日期指定發薪日

Check One/Verifique Uno/撿並一個:
☐ I have been given this pay notice in English/Spanish/Chinese because one of these is my primary language/He sido dado esta nota de pago en español porque es mi idioma primario/
我獲得了在中國人中的這份工資通知因為它是我的主要語言

☐ My primary language is _espanol_. I have been given this pay notice in English because the Department of labor does not yet offer a pay notice form in my primary language.

_Esthefany Heredia_   _3-8-12_
Employee Signature/Firma de empleado/員工簽名   Date/Fecha/日期

Inna Prilutsky, Human Resources Manager
Preparer's Name and Title

Americare Inc
3044 Coney Island Ave
Brooklyn, New York 11235

*Please keep one copy and return signed copy to Americare.*
*Mantenga por favor una copia y el regreso firmó copia a Americare*
*請保存簽署的一份稿件和申報單複製到 Americare*

AMERICARE-000065

Notice and Acknowledgement of Pay Rate and Payday/Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro
Under Section 195.1 of the New York State Labor Law/Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York
Notice for Hourly Rate Employees/Aviso para empleados con tasa de pago por hora



1. Employer Information/Información del Empleador

Name/Nombre:

Doing Business As (DBA) name(s)/ Nombre(s) comercial(es):

FEIN (optional)/ Número de Identificación Federal (opcional):

Physical Address/Dirección Física:

Mailing Address/Dirección Postal u oficial:
AMERICARE, INC.
3044 Coney Island Ave
Brooklyn, NY 11235
Phone 718-434-5100
Phone/Teléfono: 718-223-2876

2. Notice given/Aviso emitido:
☒ At hiring/ En la contratación
☐ On or before February 1/En o antes del 1 de Febrero
☐ Before a change in pay rate(s), allowances claimed or payday. Antes de un cambio en tasa de pago, créditos tomados, o día de cobro

LS 54S (03/11)

3. Employee's Pay Rate/Tasa de pago del empleado:
$ 7.50 per hour/por hora

4. Allowances taken/Créditos tomados:
☒ None/ninguno
☐ Tips/Propinas _____ per hour/ por hora
☐ Meals/Comidas _____ per meal/ por comida
☐ Lodging/ Hospedaje _____
☐ Other/Otra _____

5. Regular payday/Día de Cobro Regular:
Fridays

6. Pay is/El pago es:
☒ Weekly/ Semanal
☐ Bi-weekly/Quincenal
☐ Other/Otro

7. Overtime Pay Rate/Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana): 10.87
$ per hour/por hora (This must be at least 1½ times the worker's regular rate, with few exceptions.)/Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.

8. Employee Acknowledgement/Acuse de Recibo del Empleado: On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is Spanish. En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es español.

_____
Employee Signature/Firma del Empleado

Edwardo Heredia
Employee Name and ID number
Nombre del Empleado/ID numero

1/3/12
Date/Fecha

_____
Preparer Name and Title/Nombre y Título del Preparador de este Documento.

The employee must receive a signed copy of this form. The employer must keep the original for 6 years. El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.

AMERICARE-000067

**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:

Mailing Address:
AMERICARE, INC.
3044 Coney Island Ave
Brooklyn, NY 11235
Phone 718-434-5100
Fax 718-223-2876

Phone:

**2. Notice given:**
- [ ] At hiring
- [ ] On or before February 1
- [ ] Before a change in pay rate(s), allowances claimed or payday

**3. Employee's rate of pay:**
$ _____ per hour

**4. Allowances taken:**
- [ ] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

**5. Regular payday:** _____

**6. Pay is:**
- [ ] Weekly
- [ ] Bi-weekly
- [ ] Other

**7. Overtime Pay Rate:**
$ _____ per hour (This must be at least 1½ times the worker's regular rate, with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday on the date given below. I told my employer what my primary language is.

Check one:
- [ ] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_____
Employee Signature

_____
Employee Name and ID number

_____
Date

_____
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

LS 54 (03/11)

AMERICARE-000068