# EXHIBIT E

# Americare Inc.
## Home Health Aide Agreement " Live In" Case

# 019763 HEE

I. I am employed by Americare Inc. and have been assigned to a live in case. For each 24 hour shift on this live in case I agree to the following :

(1) I will be paid by the agency for 13 hours worked for the client.

(2) I am being provided 8 hours of uninterrupted sleep time and will not be paid for this time by the agency.

(3) I am being provided 3 one hour uninterrupted duty free meal times and will not be paid for this time by the agency.

II. For each 24 hour shift on this live in case, I agree to record my time and or report as follows :

(1) I will record the start and end times of my 24 hour shift on the live in case and all tasks performed for the client using the Americare scheduling system.

(2) I will immediately report to my Coordinator/Supervisor any change in the client's physical or mental condition.

(3) I will report to my Coordinator /Supervisor immediately following each 24 hour shift if I was unable to receive 5 hours of uninterrupted sleep time, or unable to receive 3 hours uninterrupted meal time. I will also identify the actual work tasks I performed during my interrupted time and how much time I spend performing each work task.

(4) I will report to my Coordinator/Supervisor immediately upon receipt of my paycheck for hours worked, if I believe I was paid improperly or not paid for all hours worked.

(5) I agree that I will not accept any hours of work from the client or the client's family or household in addition to any shift I am assigned by the agency. I will not violate the Americare Live In Policy, a copy of which has been given to me.

I understand, agree and will comply with this agreement and Americare's Live In Policy.

Signature _Esthefany H._   Date _09/21/15_

Print Name _Esthefany Heredia_

Witness ___

DEFENDANT'S
EXHIBIT NO. 3
Heredia
EFT 8-9-18

Home Health Aide Agreement – "Live In" Case
2015

AMERICARE-000128