UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ESTHEFANY HEREDIA, ESLAINI FERNANDEZ,  :
and ESTELA TAVERAS,                    : ECF
Individually and on Behalf of All Other : 17 Civ. 06219 (WHP)(HBP)
Persons Similarly Situated,            :
                                       :
                      Plaintiffs,   :
                                       :
  -against-                           :
                                       :
AMERICARE, INC., MARTIN KLEINMAN and    :
JOHN DOES #1-10,                       :
                                       :
                     Defendants.   :
------------------------------------------------------------------------X

# EXHIBIT D
## TO THE
## AFFIDAVIT OF ESTELA TAVERAS

### IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

## PAYSTUB WITH UNEXPLAINED SETTLEMENT PAYMENTS

Dated:  New York, New York
        February 27, 2020

                              LAW OFFICE OF WILLIAM COUDERT RAND
                              William Coudert Rand, Esq.
                              Attorney for Plaintiff, Individually,
                              and on Behalf of All Other Persons Similarly Situated
                              501 Fifth Avenue, 15th Floor
                              New York, New York 10017
                              Tel: (212) 286-1425

# Earnings Statement

**AMERICARE INC**
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

Period Beginning: 01/04/2020
Period Ending: 01/10/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 1

ESTELA R TAVERAS CRUZ
250 EAST 178TH STREET
APT 3 D
BRONX NY 10457

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 22.9471 | 57.00 | 1,307.98 | |
| Overtime | 22.9828 | 21.50 | 494.13 | |
| Overtime | 23.0277 | 11.00 | 253.30 | |
| Overtime | 23.6633 | 5.50 | 130.15 | |
| Overtime | 23.7777 | 8.00 | 190.22 | |
| Overtime | 23.8300 | 16.50 | 393.20 | |
| Overtime | 23.8938 | 5.50 | 131.42 | |
| Holiday Pay | | | 16.50 | |
| Live In | 15.0000 | 92.00 | 1,380.00 | |
| Live In | 15.5000 | 52.50 | 813.75 | |
| Live In | 17.1500 | 39.00 | 668.85 | |
| Legal Settlem | | | | 11.45 |
| **Gross Pay** | | | **$5,779.50** | 7,128.66 |

Your federal taxable wages this period are $5,779.50

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hha | | | |
| Overtime | 22.9471 | 57.00 | 1,307.98 |
| Overtime | 22.9828 | 21.50 | 494.13 |
| Overtime | 23.0277 | 11.00 | 253.30 |
| Overtime | 23.6633 | 5.50 | 130.15 |
| Overtime | 23.7777 | 8.00 | 190.22 |
| Overtime | 23.8300 | 16.50 | 393.20 |
| Overtime | 23.8938 | 5.50 | 131.42 |
| Holiday Pay | | | 16.50 |
| Live In | 15.0000 | 92.00 | 1,380.00 |
| Live In | 15.5000 | 52.50 | 813.75 |
| Live In | 17.1500 | 39.00 | 668.85 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 178-256-6000

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,483.59 | 1,599.37 |
| | Social Security Tax | -358.33 | 441.98 |
| | Medicare Tax | -83.81 | 103.37 |
| | NY State Income Tax | -404.79 | 456.57 |
| | New York Cit Income Tax | -234.69 | 270.91 |
| | NY SUI/SDI Tax | -0.60 | 1.86 |
| | NY Paid Family Leave Ins | -15.60 | 19.24 |
| **Net Pay** | | **$3,198.09** | |
| Checking | | -3,198.09 | |
| **Net Check** | | **$0.00** | |

© 1998, 2006, ADP, LLC  All Rights Reserved
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**AMERICARE INC**
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

Advice number: 00000032243
Pay date: 01/17/2020

Deposited to the account of: ESTELA R TAVERAS CRUZ
account number: xxxxx2801
transit ABA: xxxx xxxx
amount: $3,198.09

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT