**LAW OFFICE OF WILLIAM COUDERT RAND**
501 Fifth Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078
Email: wcrand@wcrand.com

**VIA ECF**

April 8, 2020

Magistrate Judge Robert W. Lehrburger
U.S. District Court – Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 18D
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

Re: **Esthefany Heredia, et al. v. Americare, Inc., et al.**
Civil Case No.: 17-cv-6219

Dear Magistrate Judge Lehrburger:

This firm represents plaintiffs, Esthefany Heredia, Eslaini Fernandez and Estela Taveras. ("Plaintiffs") in this action against Defendants Americare, Inc. and Martin Kleinman.

We recently learned that certain documents filed with the court mistakenly included patient names which should have been filed under seal pursuant to the Confidentiality Order (Docket 86), and now request that those documents be sealed.

The documents to be sealed are Fernandez Affidavit Exhibits A, B, D, E, and F (Docket # 143 Exhibits A. B, D, E, and F) as well as Taveras Affidavit Exhibits A and B (Docket ## 139, 140, and corrected 147, 148). Defendants consent to and join this request.

Thank you for your consideration of this request.

Respectfully yours,

s/William C. Rand

William C. Rand, Esq.

cc: Kevin J. O'Connor, Esq.
Shannon D. Azzaro, Esq.

SO ORDERED:

_____  4/8/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE