| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| D7Q | 203713 | 040000 | | 0000440747 | 1 |

# Earnings Statement 



AMERICARE INC
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

Period Beginning: 10/19/2019
Period Ending: 10/25/2019
Pay Date: 11/01/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NY: 2

ESLAINI FERNANDEZ
117 WEST 197TH STREET
APT. #B54
BRONX NY 10468

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 24.9754 | 12.00 | 299.70 | |
| Live In | 16.6500 | 40.00 | 666.00 | |
| Pto Combined | | | | 1,247.50 |
| **Gross Pay** | | | **$965.70** | 46,306.82 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hha | | | |
| Overtime | 24.9754 | 12.00 | 299.70 |
| Live In | 16.6500 | 40.00 | 666.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 178-256-6000

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.18 | 3,082.63 |
| | Social Security Tax | -59.87 | 2,871.02 |
| | Medicare Tax | -14.00 | 671.45 |
| | NY State Income Tax | -40.17 | 2,015.42 |
| | New York Cit Income Tax | -27.60 | 1,368.18 |
| | NY SUI/SDI Tax | -0.60 | 26.40 |
| | NY Paid Family Leave Ins | -1.48 | 70.92 |
| | Other | | |
| | Uniondues | -39.00 | |
| | Vol Life | -13.80 | |
| | 401K Fixed | -38.63* | 1,852.33 |
| | 401K Loan 1 | -16.26 | |
| | 401K Loan 2 | -42.35 | |
| | **Net Pay** | **$614.76** | |
| | Checking | -614.76 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $927.07

© 2000 ADP, LLC



AMERICARE INC
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

Advice number: 00000440747
Pay date: 11/01/2019

Deposited to the account of
ESLAINI FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1970 | XXXX XXXX | $614.76 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

AMERICARE-00005067

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| D7Q | 203713 | 040000 | | 0000450738 | 1 |

# Earnings Statement 



AMERICARE  INC
171 KINGS  HIGHWAY
BROOKLYN,   NY  11223
(718)256-6000

Period Beginning:  10/26/2019
Period Ending:     11/01/2019
Pay Date:          11/08/2019

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    2
  NY:         2

ESLAINI  FERNANDEZ
117  WEST  197TH  STREET
APT.  #B54
BRONX  NY  10468

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 24.9754 | 12.00 | 299.70 | |
| Live In | 16.6500 | 40.00 | 666.00 | |
| Pto Combined | | | | 1,247.50 |
| **Gross Pay** | | | **$965.70** | 47,272.52 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hha | | | |
| Overtime | 24.9754 | 12.00 | 299.70 |
| Live In | 16.6500 | 40.00 | 666.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 178-256-6000

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -57.18 | 3,139.81 |
| Social Security Tax | | -59.88 | 2,930.90 |
| Medicare Tax | | -14.00 | 685.45 |
| NY State Income Tax | | -40.17 | 2,055.59 |
| New York Cit Income Tax | | -27.60 | 1,395.78 |
| NY SUI/SDI Tax | | -0.60 | 27.00 |
| NY Paid Family Leave Ins | | -1.48 | 72.40 |
| **Other** | | | |
| Vol Life | | -13.80 | |
| 401K Fixed | | -38.63* | 1,890.96 |
| 401K Loan 1 | | -16.26 | |
| 401K Loan 2 | | -42.35 | |
| **Net Pay** | | **$653.75** | |
| Checking | | -653.75 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $927.07



AMERICARE  INC
171 KINGS  HIGHWAY
BROOKLYN,  NY  11223
(718)256-6000

Advice number:  00000450738
Pay date:       11/08/2019

Deposited to the account of
ESLAINI  FERNANDEZ

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx1970 | xxxx | xxxx | $653.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

AMERICARE-00005068

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| D7Q | 203713 | 040000 | | 0000460792 | 1 |

# Earnings Statement 



AMERICARE  INC
171  KINGS  HIGHWAY
BROOKLYN,  NY  11223
(718)256-6000

Period Beginning:   11/02/2019
Period Ending:      11/08/2019
Pay Date:           11/15/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:  2
  NY:       2

ESLAINI  FERNANDEZ
117  WEST  197TH  STREET
APT.  #B54
BRONX  NY  10468

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 24.9064 | 8.25 | 205.48 | |
| Overtime | 24.9754 | 5.50 | 137.36 | |
| Live In | 16.6500 | 45.50 | 757.58 | |
| Pto Combined | | | | 1,247.50 |
| **Gross Pay** | | | **$1,100.42** | 48,372.94 |

Your federal taxable wages this period are
$1,056.40

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hha | | | |
| Overtime | 24.9064 | 8.25 | 205.48 |
| Overtime | 24.9754 | 5.50 | 137.36 |
| Live In | 16.6500 | 45.50 | 757.58 |

**Important Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 178-256-6000

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.70 | 3,212.51 |
| | Social Security Tax | -68.22 | 2,999.12 |
| | Medicare Tax | -15.96 | 701.41 |
| | NY State Income Tax | -48.20 | 2,103.79 |
| | New York Cit Income Tax | -32.96 | 1,428.74 |
| | NY SUI/SDI Tax | -0.60 | 27.60 |
| | NY Paid Family Leave Ins | -1.68 | 74.08 |
| | **Other** | | |
| | Vol Life | -13.80 | |
| | 401K Fixed | -44.02* | |
| | 401K Loan 1 | -16.26 | |
| | 401K Loan 2 | -42.35 | 1,934.98 |
| | **Net Pay** | **$743.67** | |
| | Checking | -743.67 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages



AMERICARE  INC
171  KINGS  HIGHWAY
BROOKLYN,  NY  11223
(718)256-6000

Deposited  to the account of
ESLAINI  FERNANDEZ

Advice number:  00000460792
Pay date:       11/15/2019

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx1970 | xxxx | xxxx | $743.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**AMERICARE-00005069**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| D7Q | 203713 | 040000 | | 0000470770 | 1 |



AMERICARE INC
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

# Earnings Statement 

Period Beginning: 11/09/2019
Period Ending: 11/15/2019
Pay Date: 11/22/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NY: 2

ESLAINI FERNANDEZ
117 WEST 197TH STREET
APT. #B54
BRONX NY 10468

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 24.9754 | 18.50 | 462.04 | |
| Live In | 16.6500 | 40.00 | 666.00 | |
| Pto Combined | | | | 1,247.50 |
| **Gross Pay** | | | **$1,128.04** | 49,500.98 |

Your federal taxable wages this period are $1,082.92

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hha | | | |
| Overtime | 24.9754 | 18.50 | 462.04 |
| Live In | 16.6500 | 40.00 | 666.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 178-256-6000

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.88 | 3,288.39 |
| | Social Security Tax | -69.94 | 3,069.06 |
| | Medicare Tax | -16.35 | 717.76 |
| | NY State Income Tax | -49.85 | 2,153.64 |
| | New York Cit Income Tax | -34.06 | 1,462.80 |
| | NY SUI/SDI Tax | -0.60 | 28.20 |
| | NY Paid Family Leave Ins | -1.73 | 75.81 |
| | Other | | |
| | Vol Life | -13.80 | |
| | 401K Fixed | -45.12* | 1,980.10 |
| | 401K Loan 1 | -16.26 | |
| | 401K Loan 2 | -42.35 | |
| | **Net Pay** | **$762.10** | |
| | Checking | -762.10 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

---



AMERICARE INC
171 KINGS HIGHWAY
BROOKLYN, NY 11223
(718)256-6000

Advice number: 00000470770
Pay date: 11/22/2019

Deposited to the account of
ESLAINI FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1970 | xxxx xxxx | $762.10 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

AMERICARE-00005070