HHAeXchange                               Pay Stub

Report Date: 03/10/2020 16:43

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 08/17/2019 | To Week Date: 08/23/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 8/30/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0676(08/17/2019-08/23/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 08/17/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 08/17/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 08/19/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 08/19/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 08/21/2019 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 08/21/2019 | 0807-0807 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 08/23/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 08/23/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | Week Total: | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 08/24/2019 | To Week Date: 08/30/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 9/6/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0678(08/24/2019-08/30/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 08/24/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 08/24/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 08/26/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 08/26/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 08/28/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 08/28/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 08/30/2019 | 0807-0807 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 08/30/2019 | 0807-0807 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | Week Total: | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |

Case 1:17-cv-06219-RWL   Document 157-9   Filed 04/10/20   Page 3 of 20

 HHAeXchange

**Pay Stub**

Page 1 of 1
Report Date: 03/10/2020 16:48

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 08/31/2019 | To Week Date: 09/06/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 9/13/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0680(08/31/2019-09/06/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 08/31/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 08/31/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 09/02/2019 | 0805-0805 | 925514 | REDACTED | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | $108.23 | $108.23 |
| 4 | 09/02/2019 | 0805-0805 | 0031225 | REDACTED | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | $108.23 | $108.23 |
| 5 | 09/04/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 09/04/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 09/05/2019 | 0801-0801 | 0031225 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 8 | 09/05/2019 | 0801-0801 | 925514 | REDACTED | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| | | | | Week Total: | 27:00 | | | | $449.57 | 12:00 | | $299.70 | 13:00 | | $216.46 | $965.73 |

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 09/07/2019 | To Week Date: 09/13/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 9/20/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0682(09/07/2019-09/13/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 09/07/2019 | 0807-0807 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 09/07/2019 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 09/09/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 09/09/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 09/11/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 09/11/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 09/13/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 09/13/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | Week Total: | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |



# Pay Stub

Page 1 of 1
Report Date: 03/10/2020 16:49

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 09/21/2019 | To Week Date: 09/27/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 10/4/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0686(09/21/2019-09/27/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 09/21/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 09/21/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 09/23/2019 | 0804-0604 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 09/23/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 09/24/2019 | 0930-1530 | | | 06:00 | | HHA Hourly | 15.00 | $90.00 | | | | | | | $90.00 |
| 6 | 09/25/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 09/25/2019 | 0804-0804 | 0031225 | | 01:30 | | PCA Mutual Live-In | 16.65 | $24.98 | 05:00 | 24.89 | $124.45 | | | | $149.43 |
| 8 | 09/27/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.89 | $161.79 | | | | $161.79 |
| 9 | 09/27/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.89 | $161.79 | | | | $161.79 |
| | | | | Week Total: | 40:00 | | | | $656.13 | 18:00 | | $448.03 | | | | $1,104.16 |

# HHAeXchange — Pay Stub

Page 1 of 1
Report Date: 03/10/2020 16:50

**Caregiver:** FERNANDEZ ESLAINI  
**Office:** Americare  
**Sort By:** Caregiver Name  
**From Week Date:** 09/28/2019  
**Prior Week:** Yes  
**To Week Date:** 10/04/2019  

*Pay date: 10/11/19* (handwritten)

## AMCI0688 (09/28/2019-10/04/2019)

### FERNANDEZ ESLAINI ( 016367 )

**Current Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/28/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 09/28/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 09/30/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 09/30/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 10/02/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 10/02/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 10/04/2019 | 0804-0804 | 0031225 | REDACTED | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 10/04/2019 | 0804-0804 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | **Week Total:** | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 10/05/2019 | To Week Date: 10/11/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 10/18/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0690(10/05/2019-10/11/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 10/05/2019 | 0800-0800 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 10/05/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 10/07/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 10/07/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 10/09/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 10/09/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 10/11/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 10/11/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | Week Total: | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |

| Caregiver: FERNANDEZ ESLAINI | From Week Date: 10/12/2019 | To Week Date: 10/18/2019 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 10/25/19 |

| Sr.# | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0692(10/12/2019-10/18/2019) | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 10/12/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 10/12/2019 | 0801-0801 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 10/14/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 10/14/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 10/16/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 10/16/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 10/18/2019 | 0806-0806 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| 8 | 10/18/2019 | 0806-0806 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| | | | | Week Total: | 40:00 | | | | $666.03 | 12:00 | | $299.70 | | | | $965.73 |
| AMCI0692 (09/14/2019-09/20/2019) [With OT] | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Previous Week | | | | | | | | | | | | | | | | |
| 9 | 09/14/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 10 | 09/14/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 09/14/2019 | 0801-2101 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 12 | 09/14/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 13 | 09/14/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 14 | 09/14/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 15 | 09/16/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 16 | 09/16/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 17 | 09/16/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 18 | 09/16/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 19 | 09/16/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 20 | 09/16/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 21 | 09/18/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 22 | 09/18/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 23 | 09/18/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 24 | 09/18/2019 | 0806-2106 | 925514 | | 03:00 | | PCA Mutual Live-In | 16.65 | $49.95 | 03:30 | 24.98 | $87.41 | | | | $137.36 |
| 25 | 09/18/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 09/18/2019 | 2100-0800 | 925514 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 27 | 09/20/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 28 | 09/20/2019 | 0805-0805 | 925514 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 29 | 09/20/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 30 | 09/20/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 31 | 09/20/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 32 | 09/20/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| | | | | Week Total: | | | | | $0.00 | 22:00 | | $549.45 | | | | $549.45 |

**AMCI0692 (09/07/2019-09/13/2019) [With OT]**

**FERNANDEZ ESLAINI  ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 09/07/2019 | 0807-0807 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 34 | 09/07/2019 | 0807-0807 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 35 | 09/07/2019 | 0807-2107 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 36 | 09/07/2019 | 0807-2107 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 37 | 09/07/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 09/07/2019 | 2100-0800 | 925514 | REDACTED | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 39 | 09/09/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 40 | 09/09/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 41 | 09/09/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 42 | 09/09/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 43 | 09/09/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 44 | 09/09/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 45 | 09/11/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 46 | 09/11/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 47 | 09/11/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 48 | 09/11/2019 | 0805-2105 | 925514 | | 03:00 | | PCA Mutual Live-In | 16.65 | $49.95 | 03:30 | 24.98 | $87.41 | | | | $137.36 |
| 49 | 09/11/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 50 | 09/11/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 51 | 09/13/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 52 | 09/13/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 09/13/2019 | 0805-2105 | 0031225 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 54 | 09/13/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 55 | 09/13/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 56 | 09/13/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| | | | | Week Total: | | | | | $0.00 | 22:00 | | $549.45 | | | | $549.45 |

**AMCI0692 (08/31/2019-09/06/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 08/31/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 58 | 08/31/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 59 | 08/31/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 60 | 08/31/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 61 | 08/31/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 62 | 08/31/2019 | 2100-0800 | 925514 | | 05:45 | | PCA INTERRUPTED SLEEP | 16.65 | $95.74 | 00:45 | 24.98 | $18.73 | | | | $114.47 |
| 63 | 09/02/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | ($108.23) | ($108.23) |
| 64 | 09/02/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | ($108.23) | ($108.23) |
| 65 | 09/02/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | $108.23 | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 09/02/2019 | 0805-2105 | 925514 | REDACTED | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | $108.23 | $108.23 |
| 67 | 09/02/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | | | | 02:45 | 16.65 | $45.79 | $45.79 |
| 68 | 09/02/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | | | | 02:45 | 16.65 | $45.79 | $45.79 |
| 69 | 09/04/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 70 | 09/04/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 71 | 09/04/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 72 | 09/04/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 73 | 09/04/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 74 | 09/04/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 75 | 09/05/2019 | 0801-0801 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 76 | 09/05/2019 | 0801-0801 | 925514 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 77 | 09/05/2019 | 0801-2101 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 78 | 09/05/2019 | 0801-2101 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 79 | 09/05/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 09/05/2019 | 2100-0800 | 925514 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| | | | | Week Total: | 05:30 | | | | ($91.58) | 25:45 | | $643.11 | 05:30 | | $91.58 | $643.11 |
| AMCI0692 (08/24/2019-08/30/2019) [With OT] ||||||||||||||||||
| FERNANDEZ ESLAINI ( 016367 ) ||||||||||||||||||
| Previous Week ||||||||||||||||||
| 81 | 08/24/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 82 | 08/24/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 83 | 08/24/2019 | 0800-2100 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 84 | 08/24/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 85 | 08/24/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 86 | 08/24/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 87 | 08/26/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 88 | 08/26/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 89 | 08/26/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 90 | 08/26/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 91 | 08/26/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 08/26/2019 | 2100-0800 | 925514 | REDACTED | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 93 | 08/28/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 94 | 08/28/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 95 | 08/28/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 96 | 08/28/2019 | 0805-2105 | 925514 | | 03:00 | | PCA Mutual Live-In | 16.65 | $49.95 | 03:30 | 24.98 | $87.41 | | | | $137.36 |
| 97 | 08/28/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 98 | 08/28/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 99 | 08/30/2019 | 0807-0807 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 100 | 08/30/2019 | 0807-0807 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 101 | 08/30/2019 | 0807-2107 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 102 | 08/30/2019 | 0807-2107 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 103 | 08/30/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 104 | 08/30/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| | | | | Week Total: | | | | | $0.00 | 22:00 | | $549.45 | | | | $549.45 |

AMCI0692 (08/17/2019-08/23/2019) [With OT]

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FERNANDEZ ESLAINI ( 016367 )** | | | | | | | | | | | | | | | | |
| **Previous Week** | | | | | | | | | | | | | | | | |
| 105 | 08/17/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 106 | 08/17/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 107 | 08/17/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 108 | 08/17/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 109 | 08/19/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 110 | 08/19/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 111 | 08/19/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 112 | 08/19/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 113 | 08/19/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 114 | 08/19/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 115 | 08/21/2019 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 116 | 08/21/2019 | 0807-0807 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 117 | 08/21/2019 | 0807-2107 | 0031225 | | 02:00 | | PCA Mutual Live-In | 16.65 | $33.30 | 04:30 | 24.98 | $112.39 | | | | $145.69 |
| 118 | 08/21/2019 | 0807-2107 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | 08/21/2019 | 2100-0800 | 0031225 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 120 | 08/21/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 121 | 08/23/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 122 | 08/23/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 123 | 08/23/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 124 | 08/23/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | $162.34 | | | | $162.34 |
| 125 | 08/23/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| 126 | 08/23/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.98 | $68.68 | | | | $68.68 |
| | | | | Week Total: | | | | | $0.00 | 16:30 | | $412.09 | | | | $412.09 |

| Caregiver: | FERNANDEZ ESLAINI | From Week Date: 11/02/2019 | To Week Date: 11/08/2019 |
|---|---|---|---|
| Office: | Americare | | |
| Sort By: | Caregiver Name | Prior Week: Yes | Pay date: 11/15/19 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

**AMCI0698(11/02/2019-11/08/2019)**

**FERNANDEZ ESLAINI ( 016367 )**

**Current Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/02/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 2 | 11/02/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 3 | 11/04/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 4 | 11/04/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 5 | 11/06/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 6 | 11/06/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 7 | 11/08/2019 | 0800-0800 | 925514 | | 01:00 | | PCA Mutual Live-In | 16.65 | $16.65 | 05:30 | 24.98 | $137.36 | | | | $154.01 |
| | | | | **Week Total:** | 40:00 | | | | **$666.03** | 05:30 | | **$137.36** | | | | **$803.39** |

**AMCI0698 (09/21/2019-09/27/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 09/21/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 9 | 09/21/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 10 | 09/21/2019 | 0800-2100 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 09/21/2019 | 0800-2100 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 12 | 09/21/2019 | 2100-0800 | 0031225 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 13 | 09/21/2019 | 2100-0800 | 925514 | | 02:45 | | PCA INTERRUPTED SLEEP | 16.65 | $45.79 | | | | | | | $45.79 |
| 14 | 09/23/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 15 | 09/23/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 16 | 09/23/2019 | 0804-0604 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 17 | 09/23/2019 | 0804-0604 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 18 | 09/24/2019 | 0930-1530 | | In service: | 06:00 | | HHA Hourly | 15.00 | ($90.00) | | | | | | | ($90.00) |
| 19 | 09/24/2019 | 0930-1530 | | In service: | 06:00 | | HHA Hourly | 15.00 | $90.00 | | | | | | | $90.00 |
| 20 | 09/25/2019 | 0804-0804 | 0031225 | REDACTED | 01:30 | | PCA Mutual Live-In | 16.65 | ($24.98) | 05:00 | 24.89 | ($124.45) | | | | ($149.43) |
| 21 | 09/25/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 22 | 09/25/2019 | 0804-0804 | 0031225 | | 02:30 | | PCA Mutual Live-In | 16.65 | $41.63 | 04:00 | 24.91 | $99.63 | | | | $141.26 |
| 23 | 09/25/2019 | 0804-2104 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.91 | $161.89 | | | | $161.89 |
| 24 | 09/25/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.91 | $68.49 | | | | $68.49 |
| 25 | 09/27/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.89 | ($161.79) | | | | ($161.79) |
| 26 | 09/27/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.89 | ($161.79) | | | | ($161.79) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 09/27/2019 | 0805-2105 | 0031225 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.91 | $161.89 | | | | $161.89 |
| 28 | 09/27/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.91 | $161.89 | | | | $161.89 |
| 29 | 09/27/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.91 | $68.49 | | | | $68.49 |
| 30 | 09/27/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 02:45 | 24.91 | $68.49 | | | | $68.49 |
| | | | | Week Total: | | | | | $0.00 | 13:45 | | $342.74 | | | | $342.74 |