
| Caregiver: FERNANDEZ ESLAINI | From Week Date: 01/04/2020 | To Week Date: 01/10/2020 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 1/17/20 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0716(01/04/2020-01/10/2020) |
| FERNANDEZ ESLAINI ( 016367 ) |
| Current Week |
| 1 | 01/04/2020 | 0809-0754 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 2 | 01/04/2020 | 0809-0754 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 3 | 01/06/2020 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 4 | 01/06/2020 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 5 | 01/08/2020 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 6 | 01/08/2020 | 0807-0807 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 7 | 01/10/2020 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 17.15 | $17.15 | 05:30 | 25.73 | $141.49 | | | | $158.64 |
| 8 | 01/10/2020 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.73 | $167.22 | | | | $167.22 |
| | | | | Week Total: | 40:00 | | | | $686.03 | 12:00 | | $308.71 | | | | $994.74 |
| AMCI0716 (12/14/2019-12/20/2019) [With OT] |
| FERNANDEZ ESLAINI ( 016367 ) |
| Previous Week |
| 9 | 12/14/2019 | 0803-0803 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 10 | 12/14/2019 | 0803-0803 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 12/14/2019 | 0803-0803 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 12 | 12/14/2019 | 0803-2103 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 13 | 12/14/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 14 | 12/16/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 15 | 12/16/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 16 | 12/16/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 17 | 12/16/2019 | 0806-2106 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 18 | 12/16/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| | | | | **Week Total:** | 11:00 | | | | $170.50 | | | | | | | $170.50 |

**AMCI0716 (12/07/2019-12/13/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 12/07/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 20 | 12/07/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 21 | 12/07/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 22 | 12/07/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 23 | 12/07/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 12/09/2019 | 0806-0806 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 25 | 12/09/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 26 | 12/09/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 27 | 12/09/2019 | 0806-2106 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 28 | 12/09/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 29 | 12/11/2019 | 0806-0806 | 0031225 | | 03:00 | | PCA Mutual Live-In | 17.15 | $51.45 | 03:30 | 25.48 | $89.18 | | | | $140.63 |
| 30 | 12/11/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 31 | 12/11/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 32 | 12/11/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 33 | 12/11/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.07 | | | | $131.07 |
| 34 | 12/13/2019 | 0806-0806 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 35 | 12/13/2019 | 0806-0806 | 0031225 | | 01:00 | | PCA Mutual Live-In | 17.15 | ($17.15) | 05:30 | 25.73 | ($141.49) | | | | ($158.64) |
| 36 | 12/13/2019 | 0806-0806 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.73 | ($167.22) | | | | ($167.22) |
| 37 | 12/13/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 38 | 12/13/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.07 | | | | $131.07 |
| | | | | Week Total: | | | | | ($18.16) | 22:00 | | $539.47 | | | | $521.31 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0716 (11/30/2019-12/06/2019) [With OT] | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Previous Week | | | | | | | | | | | | | | | | |
| 39 | 11/30/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 40 | 11/30/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 41 | 11/30/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 42 | 11/30/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 43 | 11/30/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 44 | 12/03/2019 | 0809-0754 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 45 | 12/03/2019 | 0809-0754 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 46 | 12/03/2019 | 0809-0754 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 47 | 12/03/2019 | 0809-2054 | 925514 | | 06:22 | | PCA Mutual Live-In | 17.15 | $109.19 | | | | | | | $109.19 |
| 48 | 12/03/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 49 | 12/04/2019 | 0800-0800 | 0031225 | | 03:08 | | PCA Mutual Live-In | 17.15 | $53.74 | 03:22 | 25.48 | $85.78 | | | | $139.52 |
| 50 | 12/04/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 51 | 12/04/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 52 | 12/04/2019 | 0800-2100 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 12/04/2019 | 2100-0800 | 925514 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.06 | | | | $131.06 |
| 54 | 12/06/2019 | 0807-0807 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 55 | 12/06/2019 | 0807-0807 | 0031225 | | 01:00 | | PCA Mutual Live-In | 17.15 | ($17.15) | 05:30 | 25.73 | ($141.49) | | | | ($158.64) |
| 56 | 12/06/2019 | 0807-0807 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.73 | ($167.22) | | | | ($167.22) |
| 57 | 12/06/2019 | 0807-2107 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 58 | 12/06/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.06 | | | | $131.06 |
| | | | | **Week Total:** | | | | | ($18.16) | 21:52 | | $536.05 | | | | $517.89 |

**AMCI0716 (11/23/2019-11/29/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 11/23/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 60 | 11/23/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 61 | 11/23/2019 | 0801-0801 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 62 | 11/23/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 63 | 11/25/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 64 | 11/25/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 65 | 11/25/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 11/25/2019 | 0805-2105 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 67 | 11/25/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 68 | 11/27/2019 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 69 | 11/27/2019 | 0807-0807 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 70 | 11/27/2019 | 0807-0807 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 71 | 11/27/2019 | 0807-2107 | 925514 | | 02:00 | | PCA Mutual Live-In | 17.15 | $34.30 | 04:30 | 25.53 | $114.87 | | | | $149.17 |
| 72 | 11/27/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.88 | $131.32 | | | | $131.32 |
| 73 | 11/29/2019 | 0804-0804 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 74 | 11/29/2019 | 0804-0804 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 75 | 11/29/2019 | 0804-0804 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.53 | $165.92 | | | | $165.92 |
| 76 | 11/29/2019 | 0804-2104 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.53 | $165.92 | | | | $165.92 |
| 77 | 11/29/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.88 | $131.32 | | | | $131.32 |
| | | | | **Week Total:** | | | | | $10.92 | 16:30 | | $409.65 | | | | $420.57 |

AMCI0716 (11/16/2019-11/22/2019) [With OT]

FERNANDEZ ESLAINI ( 016367 )

Previous Week

| 78 | 11/16/2019 | 0801-0801 | 0031225 | RODRIGUEZ ELDA | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 11/16/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 80 | 11/16/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 81 | 11/16/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 82 | 11/16/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 83 | 11/16/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 84 | 11/18/2019 | 0809-0809 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 85 | 11/18/2019 | 0809-0809 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 86 | 11/18/2019 | 0809-0809 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 87 | 11/18/2019 | 0809-2054 | 0031225 | | 06:22 | | PCA Mutual Live-In | 16.65 | $106.01 | | | | | | | $106.01 |
| 88 | 11/18/2019 | 2100-0800 | 0031225 | | 03:08 | | PCA INTERRUPTED SLEEP | 15.00 | $47.00 | 02:22 | 23.19 | $54.87 | | | | $101.87 |
| 89 | 11/20/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 90 | 11/20/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 91 | 11/20/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.34 | $164.69 | | | | $164.69 |
| 92 | 11/20/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.34 | $164.69 | | | | $164.69 |
| 93 | 11/20/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.69 | $130.27 | | | | $130.27 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 11/22/2019 | 0800-0800 | 0031225 | REDACTED | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 95 | 11/22/2019 | 0800-0800 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.34 | $164.69 | | | | $164.69 |
| 96 | 11/22/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 97 | 11/22/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.34 | $164.69 | | | | $164.69 |
| | | | | **Week Total:** | | | | | ($23.33) | 21:52 | | $544.20 | | | | $520.87 |

**AMCI0716 (11/09/2019-11/15/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98 | 11/09/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 99 | 11/09/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 100 | 11/09/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 101 | 11/09/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 102 | 11/09/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 103 | 11/11/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 104 | 11/11/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 105 | 11/11/2019 | 0806-2106 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 106 | 11/11/2019 | 0806-2106 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 11/11/2019 | 2100-0800 | 0031225 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 108 | 11/11/2019 | 2100-0800 | 925514 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 23.00 | $57.50 | | | | $102.50 |
| 109 | 11/13/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 110 | 11/13/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 111 | 11/13/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.23 | | | | $160.23 |
| 112 | 11/13/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.23 | | | | $160.23 |
| 113 | 11/13/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.51 | | | | $126.51 |
| 114 | 11/13/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.51 | | | | $126.51 |
| 115 | 11/15/2019 | 1000-0800 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 116 | 11/15/2019 | 1000-2100 | 0031225 | | | | PCA Mutual Live-In | | | 05:30 | 24.65 | $135.58 | | | | $135.58 |
| 117 | 11/15/2019 | 1002-0802 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 118 | 11/15/2019 | 1002-2302 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.23 | | | | $160.23 |
| 119 | 11/15/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.51 | | | | $126.51 |
| | | | | **Week Total:** | | | | | ($23.11) | 32:00 | | $753.60 | | | | $730.49 |

AMCI0716 (11/02/2019-11/08/2019) [With OT]

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FERNANDEZ ESLAINI ( 016367 )** | | | | | | | | | | | | | | | | |
| **Previous Week** | | | | | | | | | | | | | | | | |
| 120 | 11/02/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 121 | 11/02/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 122 | 11/02/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 123 | 11/02/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 124 | 11/02/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 125 | 11/02/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 126 | 11/04/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 127 | 11/04/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 128 | 11/04/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 129 | 11/04/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 130 | 11/04/2019 | 2100-0800 | 925514 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 23.04 | $57.60 | | | | $102.60 |
| 131 | 11/06/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 132 | 11/06/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 133 | 11/06/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.69 | $160.48 | | | | $160.48 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | 11/06/2019 | 0805-2105 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.69 | $160.48 | | | | $160.48 |
| 135 | 11/06/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.04 | $126.72 | | | | $126.72 |
| 136 | 11/06/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.04 | $126.72 | | | | $126.72 |
| 137 | 11/08/2019 | 0800-0800 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.69 | $160.48 | | | | $160.48 |
| 138 | 11/08/2019 | 0800-0800 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.69 | $160.48 | | | | $160.48 |
| 139 | 11/08/2019 | 0800-0800 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 140 | 11/08/2019 | 0800-0800 | 925514 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| | | | | Week Total: | | | | | ($23.11) | 27:30 | | $653.26 | | | | $630.15 |

AMCI0716 (10/26/2019-11/01/2019) [With OT]

FERNANDEZ ESLAINI ( 016367 )

Previous Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | 10/26/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 142 | 10/26/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 143 | 10/26/2019 | 0800-2100 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 144 | 10/26/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 145 | 10/26/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 146 | 10/26/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |

![HHAeXchange logo] **Pay Stub** Page 12 of 20
Case 1:17-cv-06219-RWL Document 157-10 Filed 04/10/20 Page 12 of 20
Report Date: 03/10/2020 17:21

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | 10/28/2019 | 0806-0806 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 148 | 10/28/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 149 | 10/28/2019 | 0806-2106 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 150 | 10/28/2019 | 0806-2106 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 151 | 10/28/2019 | 2100-0800 | 0031225 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.95 | $57.37 | | | | $102.37 |
| 152 | 10/28/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 153 | 10/30/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 154 | 10/30/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 155 | 10/30/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 156 | 10/30/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 157 | 10/30/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 158 | 10/30/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 159 | 11/01/2019 | 0806-0806 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 160 | 11/01/2019 | 0806-0806 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 161 | 11/01/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | 11/01/2019 | 0806-2106 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 163 | 11/01/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 164 | 11/01/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| | | | | Week Total: | | | | ($23.11) | | 44:00 | | $1,028.24 | | | | $1,005.13 |

**AMCI0716 (10/19/2019-10/25/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 10/19/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 166 | 10/19/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 167 | 10/19/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 168 | 10/19/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 169 | 10/19/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 170 | 10/19/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 171 | 10/22/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 172 | 10/22/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 173 | 10/22/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 174 | 10/22/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | 10/22/2019 | 2100-0800 | 0031225 | REDACTED | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.95 | $57.37 | | | | $102.37 |
| 176 | 10/22/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 177 | 10/23/2019 | 0801-0801 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 178 | 10/23/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 179 | 10/23/2019 | 0801-2101 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 180 | 10/23/2019 | 0801-2101 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 181 | 10/23/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 182 | 10/23/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 183 | 10/25/2019 | 0806-0806 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 184 | 10/25/2019 | 0806-0806 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 185 | 10/25/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 186 | 10/25/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 187 | 10/25/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 188 | 10/25/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| | | | | **Week Total:** | | | | | ($23.11) | 44:00 | | $1,028.24 | | | | $1,005.13 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0716 (10/12/2019-10/18/2019) [With OT] | | | | | | | | | | | | | | | | |
| FERNANDEZ ESLAINI ( 016367 ) | | | | | | | | | | | | | | | | |
| Previous Week | | | | | | | | | | | | | | | | |
| 189 | 10/12/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 190 | 10/12/2019 | 0801-0801 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 191 | 10/12/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 192 | 10/12/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 193 | 10/12/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 194 | 10/14/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 195 | 10/14/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 196 | 10/14/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 197 | 10/14/2019 | 0806-2106 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 198 | 10/14/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 199 | 10/16/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 200 | 10/16/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 201 | 10/16/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.26 | | | | $160.26 |
| 202 | 10/16/2019 | 0805-2105 | 925514 | | 03:00 | | PCA Mutual Live-In | 16.65 | $49.95 | 03:30 | 24.65 | $86.29 | | | | $136.24 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | 10/16/2019 | 2100-0800 | 0031225 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.53 | | | | $126.53 |
| 204 | 10/16/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.53 | | | | $126.53 |
| 205 | 10/18/2019 | 0806-0806 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 206 | 10/18/2019 | 0806-0806 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 207 | 10/18/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.26 | | | | $160.26 |
| 208 | 10/18/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.65 | $160.26 | | | | $160.26 |
| 209 | 10/18/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.53 | | | | $126.53 |
| 210 | 10/18/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.00 | $126.53 | | | | $126.53 |
| | | | | **Week Total:** | | | | | ($18.16) | 33:00 | | $773.49 | | | | $755.33 |

**AMCI0716 (10/05/2019-10/11/2019) [With OT]**

**FERNANDEZ ESLAINI  ( 016367 )**

**Previous Week**

| 211 | 10/05/2019 | 0800-0800 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 10/05/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 213 | 10/05/2019 | 0800-2100 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 214 | 10/05/2019 | 0800-2100 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | 10/05/2019 | 2100-0800 | 0031225 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 216 | 10/05/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 217 | 10/07/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 218 | 10/07/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 219 | 10/07/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 220 | 10/07/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 221 | 10/07/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| 222 | 10/07/2019 | 2100-0800 | 925514 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.97 | $57.44 | | | | $102.44 |
| 223 | 10/09/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 224 | 10/09/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 225 | 10/09/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 226 | 10/09/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 227 | 10/09/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| 228 | 10/09/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 229 | 10/11/2019 | 0805-0805 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 230 | 10/11/2019 | 0805-0805 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 231 | 10/11/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 232 | 10/11/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 233 | 10/11/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| | | | | Week Total: | | | | | ($23.11) | 38:30 | | $903.42 | | | | $880.31 |

**AMCI0716 (09/28/2019-10/04/2019) [With OT]**

**FERNANDEZ ESLAINI ( 016367 )**

Previous Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | 09/28/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 235 | 09/28/2019 | 0801-0801 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 236 | 09/28/2019 | 0801-2101 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 237 | 09/28/2019 | 0801-2101 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 238 | 09/28/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 239 | 09/30/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 240 | 09/30/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 241 | 09/30/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 242 | 09/30/2019 | 0805-2105 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 243 | 09/30/2019 | 2100-0800 | 0031225 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.97 | $57.44 | | | | $102.44 |
| 244 | 09/30/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 245 | 10/02/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 246 | 10/02/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 247 | 10/02/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 248 | 10/02/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 249 | 10/02/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| 250 | 10/02/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| 251 | 10/04/2019 | 0804-0804 | 0031225 | | 01:00 | | PCA Mutual Live-In | 16.65 | ($16.65) | 05:30 | 24.98 | ($137.36) | | | | ($154.01) |
| 252 | 10/04/2019 | 0804-0804 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.98 | ($162.34) | | | | ($162.34) |
| 253 | 10/04/2019 | 0804-2104 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 254 | 10/04/2019 | 0804-2104 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.62 | $160.06 | | | | $160.06 |
| 255 | 10/04/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |



**Pay Stub**

Report Date:  03/10/2020 17:21

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 256 | 10/04/2019 | 2100-0800 | 925514 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.97 | $126.36 | | | | $126.36 |
| | | | | Week Total: | | | | | ($23.11) | 38:30 | | $903.42 | | | | $880.31 |