
| Caregiver : TAVERAS ESTELA | From Week Date: 01/04/2020 | To Week Date: 01/10/2020 |
|---|---|---|
| Office: Americare | | |
| Sort By: Caregiver Name | Prior Week: Yes | Pay date: 1/17/20 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMCI0716(01/04/2020-01/10/2020) | | | | | | | | | | | | | | | | |
| TAVERAS ESTELA ( 016704 ) | | | | | | | | | | | | | | | | |
| Current Week | | | | | | | | | | | | | | | | |
| 1 | 01/05/2020 | 0804-0804 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 2 | 01/05/2020 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 3 | 01/07/2020 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 4 | 01/07/2020 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 5 | 01/09/2020 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 6 | 01/09/2020 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| | | | | Week Total: | 39:00 | | | | $668.88 | | | | | | | $668.88 |
| AMCI0716 (12/21/2019-12/27/2019) [With OT] | | | | | | | | | | | | | | | | |
| TAVERAS ESTELA ( 016704 ) | | | | | | | | | | | | | | | | |
| Previous Week | | | | | | | | | | | | | | | | |
| 7 | 12/22/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 8 | 12/22/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 9 | 12/22/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 10 | 12/22/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 12/22/2019 | 2100-0800 | 925514 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 12 | 12/24/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 13 | 12/24/2019 | 0800-0800 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 14 | 12/24/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 15 | 12/24/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 16 | 12/26/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 17 | 12/26/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 18 | 12/26/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 19 | 12/26/2019 | 0806-2106 | 925514 | | 02:00 | | PCA Mutual Live-In | 17.15 | $34.30 | 04:30 | 25.54 | $114.95 | | | | $149.25 |
| 20 | 12/26/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.89 | $131.42 | | | | $131.42 |
| | | | | Week Total: | 01:00 | | | | $8.07 | 10:00 | | $246.37 | | | | $254.44 |

**AMCI0716 (12/14/2019-12/20/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| 21 | 12/15/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 22 | 12/15/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 23 | 12/15/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 12/15/2019 | 0805-2105 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 25 | 12/15/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 26 | 12/17/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 27 | 12/17/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 28 | 12/17/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 29 | 12/17/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 30 | 12/17/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 31 | 12/19/2019 | 0804-0804 | 0031225 | | 03:00 | | PCA Mutual Live-In | 17.15 | $51.45 | 03:30 | 25.48 | $89.18 | | | | $140.63 |
| 32 | 12/19/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 33 | 12/19/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 34 | 12/19/2019 | 0804-2104 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 35 | 12/19/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.07 | | | | $131.07 |
| | | | | Week Total: | 01:00 | | | | ($1.01) | 15:30 | | $385.87 | | | | $384.86 |

AMCI0716 (12/07/2019-12/13/2019) [With OT]

**TAVERAS ESTELA  ( 016704 )**

Previous Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 12/08/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 12/08/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 38 | 12/08/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 39 | 12/08/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 40 | 12/08/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 41 | 12/10/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 42 | 12/10/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 43 | 12/10/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 44 | 12/10/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 45 | 12/10/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 46 | 12/12/2019 | 0806-0806 | 0031225 | | 03:00 | | PCA Mutual Live-In | 17.15 | $51.45 | 03:30 | 25.48 | $89.18 | | | | $140.63 |
| 47 | 12/12/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 48 | 12/12/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 49 | 12/12/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |
| 50 | 12/12/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.07 | | | | $131.07 |
| | | | | Week Total: | 01:00 | | | | ($1.01) | 15:30 | | $385.87 | | | | $384.86 |

AMCI0716 (11/30/2019-12/06/2019) [With OT]

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAVERAS ESTELA ( 016704 ) |
| Previous Week |
| 51 | 12/01/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 52 | 12/01/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 53 | 12/01/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 54 | 12/01/2019 | 0805-2105 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 55 | 12/01/2019 | 2100-0800 | 925514 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 56 | 12/02/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 57 | 12/02/2019 | 0801-0801 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 58 | 12/02/2019 | 0801-0801 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 59 | 12/02/2019 | 0801-2101 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 60 | 12/02/2019 | 2100-0800 | 925514 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 61 | 12/05/2019 | 0805-0805 | 0031225 | REDACTED | 03:00 | | PCA Mutual Live-In | 17.15 | $51.45 | 03:30 | 25.48 | $89.18 | | | | $140.63 |
| 62 | 12/05/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 63 | 12/05/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 17.15 | ($111.48) | | | | | | | ($111.48) |
| 64 | 12/05/2019 | 0805-2105 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 25.48 | $165.62 | | | | $165.62 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 12/05/2019 | 2100-0800 | 925514 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.83 | $131.07 | | | | $131.07 |
| | | | | Week Total: | 01:00 | | | | ($1.01) | 15:30 | | $385.87 | | | | $384.86 |

**AMCI0716 (11/23/2019-11/29/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 11/24/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 67 | 11/24/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 68 | 11/24/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 69 | 11/24/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 17.15 | $111.48 | | | | | | | $111.48 |
| 70 | 11/24/2019 | 2100-0800 | 0031225 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.50 | $46.50 | 02:30 | 23.78 | $59.44 | | | | $105.94 |
| 71 | 11/24/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.50 | $85.25 | | | | | | | $85.25 |
| 72 | 11/26/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 73 | 11/26/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 74 | 11/26/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.43 | $165.28 | | | | $165.28 |
| 75 | 11/26/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 25.43 | $165.28 | | | | $165.28 |
| 76 | 11/26/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.78 | $130.78 | | | | $130.78 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 11/28/2019 | 0805-0805 | 0031225 | REDACTED | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | ($108.23) | ($108.23) |
| 78 | 11/28/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | | | | 06:30 | 16.65 | ($108.23) | ($108.23) |
| 79 | 11/28/2019 | 0805-0805 | 0031225 | | | | PCA Mutual Live-In | | | | | | 06:30 | 17.15 | $111.48 | $111.48 |
| 80 | 11/28/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | | | | 06:30 | 17.15 | $111.48 | $111.48 |
| 81 | 11/28/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | | | | 05:30 | 15.50 | $85.25 | $85.25 |
| | | | | Week Total: | 04:30 | | | | ($78.21) | 21:00 | | $520.78 | 05:30 | | $91.75 | $534.32 |

AMCI0716 (11/16/2019-11/22/2019) [With OT]

TAVERAS ESTELA ( 016704 )

Previous Week

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | 11/17/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 83 | 11/17/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 84 | 11/17/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 85 | 11/17/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 86 | 11/17/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 87 | 11/19/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 88 | 11/19/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 89 | 11/19/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 11/19/2019 | 0806-2106 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 91 | 11/19/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 92 | 11/21/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 93 | 11/21/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 94 | 11/21/2019 | 0805-0805 | 925514 | | 03:00 | | PCA Mutual Live-In | 17.15 | $51.45 | 03:30 | 25.31 | $88.60 | | | | $140.05 |
| 95 | 11/21/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 25.31 | $164.54 | | | | $164.54 |
| 96 | 11/21/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.66 | $130.15 | | | | $130.15 |
| | | | | Week Total: | 01:00 | | | | ($0.01) | 15:30 | | $383.29 | | | | $383.28 |

**AMCI0716 (11/09/2019-11/15/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 11/10/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 98 | 11/10/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 99 | 11/10/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 100 | 11/10/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 101 | 11/10/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 102 | 11/10/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 11/12/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 104 | 11/12/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 105 | 11/12/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 106 | 11/12/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 107 | 11/12/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 108 | 11/12/2019 | 2100-0800 | 925514 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.95 | $57.37 | | | | $102.37 |
| 109 | 11/14/2019 | 0806-0806 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 110 | 11/14/2019 | 0806-0806 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 111 | 11/14/2019 | 0806-2106 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 112 | 11/14/2019 | 0806-2106 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 113 | 11/14/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 114 | 11/14/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| | | | | Week Total: | 01:00 | | | | ($6.46) | 32:00 | | $755.76 | | | | $749.30 |

AMCI0716 (11/02/2019-11/08/2019) [With OT]

**TAVERAS ESTELA  ( 016704 )**

**Previous Week**

| 115 | 11/03/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 11/03/2019 | 0804-0804 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 117 | 11/03/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 118 | 11/03/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 119 | 11/03/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 120 | 11/03/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 121 | 11/05/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 122 | 11/05/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 123 | 11/05/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 124 | 11/05/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 125 | 11/05/2019 | 2100-0800 | 0031225 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.98 | $57.45 | | | | $102.45 |
| 126 | 11/05/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.98 | $126.39 | | | | $126.39 |
| 127 | 11/07/2019 | 0806-0551 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.63 | $160.10 | | | | $160.10 |
| 128 | 11/07/2019 | 0806-0551 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.63 | $160.10 | | | | $160.10 |
| 129 | 11/07/2019 | 0806-0551 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 130 | 11/07/2019 | 0806-0551 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 11/08/2019 | 0930-1530 | | In service: | | | HHA INSERVICE | | | 06:00 | 22.98 | $137.88 | | | | $137.88 |
| 132 | 11/08/2019 | 0930-1530 | | In service: | 01:00 | | HHA INSERVICE | 15.00 | ($15.00) | 05:00 | 23.22 | ($116.08) | | | | ($131.08) |
| | | | | Week Total: | | | | | ($21.46) | 22:00 | | $525.84 | | | | $504.38 |

**AMCI0716 (10/26/2019-11/01/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 10/27/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 134 | 10/27/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 135 | 10/27/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 136 | 10/27/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 137 | 10/27/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 138 | 10/27/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 139 | 10/29/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 140 | 10/29/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 141 | 10/29/2019 | 0805-2105 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 142 | 10/29/2019 | 0805-2105 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 143 | 10/29/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | 10/29/2019 | 2100-0800 | 925514 | REDACTED | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.95 | $57.37 | | | | $102.37 |
| 145 | 10/31/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 146 | 10/31/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 147 | 10/31/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 148 | 10/31/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 149 | 10/31/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 150 | 10/31/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| | | | | Week Total: | 01:00 | | | | ($6.46) | 32:00 | | $755.76 | | | | $749.30 |

**AMCI0716 (10/19/2019-10/25/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | 10/20/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 152 | 10/20/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 153 | 10/20/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 154 | 10/20/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 155 | 10/20/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | 10/20/2019 | 2100-0800 | 925514 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 157 | 10/21/2019 | 0800-0800 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 158 | 10/21/2019 | 0800-2100 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 159 | 10/21/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 160 | 10/21/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 161 | 10/21/2019 | 2100-0800 | 0031225 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.95 | $57.37 | | | | $102.37 |
| 162 | 10/21/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 163 | 10/24/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 164 | 10/24/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 165 | 10/24/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 166 | 10/24/2019 | 0805-2105 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.60 | $159.88 | | | | $159.88 |
| 167 | 10/24/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| 168 | 10/24/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.95 | $126.21 | | | | $126.21 |
| | | | | **Week Total:** | 01:00 | | | | ($6.46) | 32:00 | | $755.76 | | | | $749.30 |

AMCI0716 (10/12/2019-10/18/2019) [With OT]

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAVERAS ESTELA ( 016704 ) | | | | | | | | | | | | | | | | |
| Previous Week | | | | | | | | | | | | | | | | |
| 169 | 10/13/2019 | 0804-0804 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 170 | 10/13/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 171 | 10/13/2019 | 0804-0804 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 172 | 10/13/2019 | 0804-2104 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 173 | 10/13/2019 | 2100-0800 | 0031225 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 174 | 10/15/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 175 | 10/15/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 176 | 10/15/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 177 | 10/15/2019 | 0805-2105 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 178 | 10/15/2019 | 2100-0800 | 0031225 | REDACTED | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 179 | 10/17/2019 | 0805-0805 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 180 | 10/17/2019 | 0805-0805 | 925514 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 181 | 10/17/2019 | 0805-2105 | 0031225 | REDACTED | 03:00 | | PCA Mutual Live-In | 16.65 | $49.95 | 03:30 | 24.68 | $86.37 | | | | $136.32 |
| 182 | 10/17/2019 | 0805-2105 | 925514 | REDACTED | | | PCA Mutual Live-In | | | 06:30 | 24.68 | $160.41 | | | | $160.41 |

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | 10/17/2019 | 2100-0800 | 0031225 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.03 | $126.65 | | | | $126.65 |
| 184 | 10/17/2019 | 2100-0800 | 925514 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 23.03 | $126.65 | | | | $126.65 |
| | | | | Week Total: | 01:00 | | | | ($1.51) | 21:00 | | $500.08 | | | | $498.57 |

**AMCI0716 (10/05/2019-10/11/2019) [With OT]**

**TAVERAS ESTELA ( 016704 )**

**Previous Week**

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | 10/06/2019 | 0804-0804 | 0031225 | REDACTED | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 186 | 10/06/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 187 | 10/06/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 188 | 10/06/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 189 | 10/06/2019 | 2100-0800 | 0031225 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 190 | 10/06/2019 | 2100-0800 | 925514 | | 05:30 | | PCA INTERRUPTED SLEEP | 15.00 | $82.50 | | | | | | | $82.50 |
| 191 | 10/08/2019 | 0804-0804 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 192 | 10/08/2019 | 0804-0804 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 193 | 10/08/2019 | 0804-2104 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |
| 194 | 10/08/2019 | 0804-2104 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | $108.23 | | | | | | | $108.23 |

![HHAeXchange logo] Pay Stub — Page 16 of 16
Case 1:17-cv-06219-RWL   Document 157-11   Filed 04/10/20   Page 16 of 16
Report Date: 03/10/2020 17:29

| Sr. # | Visit Date | Visit Time | Patient Number | Patient Name | Reg. Hrs | Daily | Service Code | Pay Rate | Amt | OT Hours | OT Rates | OT Amt | H Hrs | H Rate | H Amt | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 10/08/2019 | 2100-0800 | 0031225 | REDACTED | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.98 | $126.41 | | | | $126.41 |
| 196 | 10/08/2019 | 2100-0800 | 925514 | | 03:00 | | PCA INTERRUPTED SLEEP | 15.00 | $45.00 | 02:30 | 22.98 | $57.46 | | | | $102.46 |
| 197 | 10/10/2019 | 0805-0805 | 925514 | | | | PCA Mutual Live-In | | | 06:30 | 24.63 | $160.12 | | | | $160.12 |
| 198 | 10/10/2019 | 0805-0805 | 0031225 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 199 | 10/10/2019 | 0805-0805 | 925514 | | 06:30 | | PCA Mutual Live-In | 16.65 | ($108.23) | | | | | | | ($108.23) |
| 200 | 10/10/2019 | 0805-2105 | 0031225 | | | | PCA Mutual Live-In | | | 06:30 | 24.63 | $160.12 | | | | $160.12 |
| 201 | 10/10/2019 | 2100-0800 | 0031225 | | | | PCA INTERRUPTED SLEEP | | | 05:30 | 22.98 | $126.41 | | | | $126.41 |
| | | | | Week Total: | 01:00 | | | | ($6.46) | 26:30 | | $630.52 | | | | $624.06 |