**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ESTHEFANY HEREDIA, ESLAINI
FERNANDEZ, and ESTELA TAVERAS,
Individually and on Behalf of all Other Persons
Similarly Situated,

               Plaintiffs,               17 **CIVIL** 6219 (RWL)

    -against-                    **JUDGMENT**

AMERICARE, INC., MARTIN KLEINMAN,
And JOHN DOES #1-10,
               Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 13, 2020, Defendants motion for summary judgment is granted and Plaintiffs' cross-motion for summary judgment is denied; judgment is entered in favor of Defendants and the case is dismissed with each party to bear their own costs; accordingly, the case is closed.

**Dated:** New York, New York
          July 15, 2020

                                                **RUBY J. KRAJICK**
                                                   _____
                                                        **Clerk of Court**
                              **BY:**
                                                        _____
                                                         **Deputy Clerk**