William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ESTHEFANY HEREDIA, ESLAINI FERNANDEZ, : 
and ESTELA TAVERAS, : ECF
Individually and on Behalf of All Other : 17 Civ. 06219 (WHP)(HBP)
Persons Similarly Situated, :
 :
      Plaintiffs, : **NOTICE OF APPEAL**
 :
 -against- :
 :
 :
AMERICARE, INC., MARTIN KLEINMAN and :
JOHN DOES #1-10, :
 :
      Defendants. :
------------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that ESTHEFANY HEREDIA, ESLAINI FERNANDEZ, and ESTELA TAVERAS, Plaintiffs in the above-entitled action, hereby appeal to the United States Court of Appeals for the Second Circuit from (a) the Decision and Order dated July 13, 2020 and entered on the docket on July 13, 2020 issued by the Honorable Robert W. Lehrburger, United States District Court, Southern District of New York that granted Defendants' motion for summary judgment and Denied Plaintiffs' motion for summary judgment (Docket No. 161) and (b) the judgment issued in favor of the Defendants denying Plaintiffs' motion for summary judgment and granting Defendants' motion for summary judgment and dismissing Plaintiffs' claims, dated July 15, 2020 and entered on the docket on July 15, 2020, issued by Ruby J. Krajick, the Clerk of the Court (Docket No. 162).

The names and addresses of counsel for each party are as follows:

**Counsel for Plaintiffs ESTHEFANY HEREDIA, ESLAINI FERNANDEZ, and ESTELA TAVERAS:**
William C. Rand, Esq.
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Avenue, 15th Floor
New York, New York 10017
Email: wcrand@wcrand.com

2

**Counsel for Defendants AMERICARE, INC. and MARTIN KLEINMAN:**
Kevin J. O'Connor, Esq.
PECKAR & ABRAMSON, P.C.
41 Madison Avenue, 29th Floor
New York, NY  10010
(212) 382-0909
Email: KOConnor@pecklaw.com


Dated:  New York, New York
        August 11, 2020


Respectfully Submitted,



LAW OFFICE OF WILLIAM COUDERT RAND


By:    _____
       William C. Rand (WCR 7685)
       501 Fifth Avenue, 15th Floor
       New York, New York 10017
       Phone: (212) 286-1425
       Email: wcrand@wcrand.com
       *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

     I, William C. Rand, a member of the Bar of this Court, hereby certify under penalties of perjury that, on August 11, 2020, I caused to be served the foregoing Notice of Appeal via First-Class Mail by depositing the same into an official depository under the exclusive care and custody of the United States Postal Service upon the following parties:

**Counsel for Defendants AMERICARE, INC. and MARTIN KLEINMAN:**
Kevin J. O'Connor, Esq.
PECKAR & ABRAMSON, P.C.
41 Madison Avenue, 29th Floor
New York, NY  10010
(212) 382-0909
Email: KOConnor@pecklaw.com

                                                                        William C. Rand