**MANDATE**

1:17-cv-06219-RWL

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and twenty,

Esthefany Heredia, individually and on behalf of all other persons similarly situated, Eslaini Fernandez, individually and on behalf of all other persons similarly situated, Estela Taveras, individually and on behalf of all other persons similarly situated,

    Plaintiffs-Appellants,

v.

Americare, Inc., Martin Kleinman,

    Defendants-Appellees,

John Does #1-10,

    Defendant.

**ORDER**
Docket Number: 20-2679

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

A notice of appeal was filed on August 11, 2020. Appellant's Form C was due August 25, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 16, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/13/2020